John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

Check No. 824144

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 07-10008 | 013-0 | EDMONIA PREVOST<br>Original Check written to:<br>PARAGON WAY, INC<br>2101 W. BEN WHITE BLVD., SUITE 103<br>AUSTIN, TX  78704- | xxx8074 | 571.11 | 27.29 | 0.00 | 27.29 |
| 07-10015 | 006-0 | PHILLIP A. ROY<br>Original Check written to:<br>SOUTHEAST EMERGENCY PHY<br>P O BOX 4928<br>HOUSTON, TX  77210-4928 | xxxxxxx2943 | 98.17 | 33.75 | 0.00 | 33.75 |
| 07-10067 | 022-0 | THELMA B. SMITH<br>Original Check written to:<br>BANK OF AMERICA<br>RECOVERY MANAGEMENT MD4-301-16-01<br>225 NORTH CALVERT STREET<br>BALTIMORE, MD  21202- | xxxxxxxx5348 | 178.32 | 29.14 | 0.00 | 29.14 |
| 09-10536 | 006-0 | DEXTER C. LEVISE, SR.<br>Original Check written to:<br>CAPITAL ONE, N.A.<br>P.O. BOX 152409<br>IRVING, TX  75015-2408 | 8428 | 9,305.46 | 0.00 | 115.46 | 115.46 |
| 09-10737 | 007-0 | JAMES RAYBURN NELSON<br>Original Check written to:<br>WEST ASSET MANAGEMENT<br>P O BOX 105471<br>ATLANTA, GA  30348- | xxxxxxxxxided | 600.00 | 0.00  * | 18.41 | 18.41 |